AO 106 (Rev. 04/10) Application for a Search Warrant



CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

SEP 25 2017

JULIA C. DUDLEY, CLERK
BY: /s/ A. Blaylock
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:17mj158
Stored Electronic Communication Associated with )
Cellular Telephone Number (276)791-6721 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

located in the _____ District of ____New Jersey____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 846 | Conspiracy to Distribute Methamphetamine |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Christopher L. Parks, DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/25/17

_____
*Judge's signature*

City and state: Abingdon, VA         Pamela Meade Sargent, United States Magistrate Judge
*Printed name and title*

## **ATTACHMENT A**

Property to Be Searched

This warrant applies to information associated with cellular telephone number (276) 791-6721 (subscribed to by Shawn FARRIS at 600 Garden Ln., Bristol, VA), that is stored at premises owned, maintained, controlled, or operated by CELLCO Partnership DBA Verizon Wireless, a wireless provider headquartered at 180 Washington Valley Road, Bedminster, NJ, 07921.

## ATTACHMENT B

Particular Things to be seized

I. <u>INFORMATION TO BE DISCLOSED BY CELLCO DBA VERIZON WIRELESS</u>

To the extent that the information described in Attachment A is within the possession, custody, or control of CELLCO Partnership DBA Verizon Wireless, including any messages, records, files, logs, or information that have been deleted but are still available to CELLCO Partnership DBA Verizon Wireless or have been preserved pursuant to a request made under Title 18, United States Code, Section 2703(f), CELLCO Partnership DBA Verizon Wireless is required to disclose the following information to the government for each account or identifier listed in Attachment A:

All voice mail, text, and multimedia messages stored and presently contained in, or on behalf of the account or identifier;

All existing printouts from original storage of all of the text messages described above;

All transactional information of all activity of the telephones and/or voicemail accounts described above, including log files, messaging logs, local and long distance telephone connection records, records of session times and durations, dates and times of connecting, methods of connecting, telephone numbers associated with outgoing and incoming calls, cell towers used, and/or locations used from August 25, 2017 to present;

\       All text messaging logs, including date and time of messages, and identification numbers associated with the handsets sending and receiving the message;

All business records and subscriber information, in any form kept, pertaining to the individual accounts and/or identifiers described above, including subscribers' full names, addresses, shipping addresses, date account was opened, length of service, the types of service

19

utilized, ESN (Electronic Serial Number) or other unique identifier for the wireless device associated with the account, Social Security number, date of birth, telephone numbers, and other identifiers associated with the account;

Detailed billing records, showing all billable calls including outgoing digits, from August 25, 2017 to present;

All payment information, including dates and times of payments and means and source of payment (including any credit or bank account number), from August 25, 2017 to present;

Incoming and outgoing telephone numbers, from August 25, 2017 to present;

All records indicating the services available to subscribers of individual accounts and/or identifiers described above;

All records pertaining to communications between CELLCO Partnership DBA Verizon Wireless and any person regarding the account or identifier, including contacts with support services and records of actions taken.

## II. INFORMATION TO BE SEIZED BY THE GOVERNMENT

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C) involving Shawn Wayne FARRIS and others known and unknown to the agents since August 25, 2017, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

Various texts messages concerning violations of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.